McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | 01: 04-CR-5375 AWI |
| | ) | 01: 05-CR-00193 AWI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON DEFENDANT'S |
| | ) | COMPETENCY TO STAND TRIAL |
| SULEMA ESPARAZ ROJAS, | ) | |
| aka Zulema Esparza Rojas, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   This matter came for this court on November 13, 2006, on defendant's competency to stand trial.  Having reviewed the evidence in support of the defendant's request, specifically the report of Dr. Howard B. Terrell dated October 31, 2006, and having heard the argument of counsel,

   The Court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease and defect rendering her mentally incompetent to the extent that she is unable to assist properly in her defense.

   Accordingly,

   IT IS HEREBY ORDERED that the defendant is here by committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d) not for a period to exceed four months unless pursuant to

1 | the requirements of 18 U.S.C. § 4241(d)(2).
2 |     IT IS FURTHER ORDERED that a status conference is ordered
3 | set for April 16, 2007 at 9:00 a.m.
4 |     Time is excluded under the Speedy Trial Act from the date of
5 | the hearing until April 16, 2007, pursuant to 18 U.S.C. §
6 | 3161(h)(4) and thereafter if the period of commitment to the
7 | Attorney General is extended.
8 |
9 | IT IS SO ORDERED.
10 | **Dated:    November 17, 2006**              /s/ Anthony W. Ishii
   | 0m8i78                                    UNITED STATES DISTRICT JUDGE