```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SULEMA ESPARAZ ROJAS, ) <br> aka Zulema Esparza Rojas, ) <br> ) <br> Defendant. ) <br> ) | 01: 04-CR-5375 AWI <br> 01: 05-CR-00193 AWI <br><br> AMENDED ORDER ON DEFENDANT'S <br> COMPETENCY TO STAND TRIAL |

This matter came for this court on November 13, 2006, on defendant's competency to stand trial.  Having reviewed the evidence in support of the defendant's request, specifically the report of Dr. Howard B. Terrell dated October 31, 2006, and having heard the argument of counsel the court found by a preponderance of the evidence that the defendant was presently suffering from a mental disease and defect rendering her mentally incompetent to the extent that she is unable to assist properly in her defense.

Accordingly,

IT IS ORDERED that the defendant be committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d) not for a period to exceed four months unless pursuant to the requirements

of 18 U.S.C. § 4241(d)(2).

IT IS FURTHER ORDERED that since this court's previous order dated November 20, 2006 was not provided to the United States Marshal that the defendant was not moved from Fresno County Jail to the custody of the Attorney General the status conference scheduled originally for April 16, 2007, is hereby continued to July 2, 2007 at 9:00 a.m.

Time is excluded under the Speedy Trial Act from the date of the hearing until July 2, 2007, pursuant to 18 U.S.C. § 3161(h)(4) and thereafter if the period of commitment to the Attorney General is extended.

IT IS SO ORDERED.

**Dated:   April 10, 2007**              **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE