IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SULEMA ESPARZA ROJAS, aka Zulema Esparza Rojas,<br><br>    Defendant. | CASE NO.  1:04-CR-05375 AWI<br>         1:05-CR-00193 AWI<br><br>STIPULATION TO CONTINUE STATUS HEARING REGARDING COMPETENCY AND ORDER |

The parties have filed the following stipulation:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Robert A. Cassio, Attorney for Defendant SULEMA ESPARZA ROJAS, aka Zulema Esparza Rojas, that the Status Hearing Regarding Competency presently set for March 31, 2008, at 9:00 a.m., may be continued to April 28, 2008, at 9:00 a.m.

The continuance is necessary to allow attorneys to meet and confer regarding a possible defense of the defendant.

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

DATED: March 27, 2008          By    /s/ Stanley A. Boone
                                     STANLEY A. BOONE
                                     Assistant U.S. Attorney

1

DATE: March 27, 2008            By      /s/ Robert A. Cassio
                                        ROBERT A. CASSIO
                                        Attorney for Sulema Esparza Rojas,
                                         aka Zulema Esparza Rojas

**ORDER**

IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   March 27, 2008**            **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE